Stella Havkin, #134334
HAVKIN & SHRAGO
Attorneys at Law
20700 Ventura Boulevard, Suite 328
Woodland Hills, CA 91364
Telephone (818) 999-1568
Facsimile  (818) 305-6040
stella@havkinanshrago.com

Attorneys for Plaintiff Wesley H. Avery, Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| In re<br><br>MEIR ASHER,<br><br>Debtor.<br><br>---<br><br>WESLEY H. AVERY, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>EAST 81ST, LLC, a Delaware limited liability company, ELIYAHU COHEN, an individual, ILAN ASHER, an individual,<br><br>Defendants. | Case No. CV 14-9072-DOC<br><br>**PLAINTIFF WESLEY H. AVERY, CHAPTER 7 TRUSTEE'S NOTICE OF LODGMENT OF CERTIFIED COPY OF THE DEPOSITION OF ELIYAHU COHEN AND DESIGNATION OF EXCERPTS OF THE DEPOSITION**<br><br>**Trial: September 29, 2015**<br>**Time: 8:30 a.m.**<br>**Courtroom: 9D** |

**TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT COURT JUDGE, ALL INTERESTED PARTIES AND THEIR ATTONREYS OF RECORD:**

Pursuant to Local Rules 16-2.7, Plaintiff Wesley H. Avery, Chapter 7 Trustee hereby lodges a certified copy of the deposition of Defendant Eliyahu Cohen ("Deposition") with the Court.

Further, Plaintiff further designates the following excerpts from the Deposition which are attached hereto as Exhibit "1":

| Pages: | Lines: |
|---|---|
| 10 | 18-25 |
| 11 | 1-5 |
| 13 | 17-24 |
| 18 | 18-25 |
| 19 | 1-25 |
| 21 | 8-18 |
| 25 | 2-23 |

HAVKIN AND SHRAGO

Date: September 15, 2015           By: /s/ Stella Havkin
                                        Stella Havkin
                                        Attorneys for Plaintiff
                                        Wesley H. Avery Chapter 7 Trustee

**EXHIBIT 1**

**CERTIFIED COPY**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

```
IN RE                                    )
                                         )
     MEIR ASHER,                         )  CASE NO. 2:11-BK-
                                         )  54302-RN
     DEBTOR.                             )
                                         )
_____)
                                         )
WESLEY H. AVERY, CHAPTER 7 TRUSTEE       )
                                         )
          PLAINTIFF,                     )
VS.                                      )
EAST 81ST, LLC, A DELAWARE LIMITED       )
LIABILITY COMPANY, ELIYAHU COHEN,        )
AN INDIVIDUAL, ILAN ASHER, AN            )
INDIVIDUAL,                              )
                                         )
          DEFENDANTS.                    )
------------------------------------------
```

VIDEOTAPED DEPOSITION OF ELIYAHU KAR COHEN

TUESDAY, SEPTEMBER 2, 2014

**CD ENCLOSED**

FILE NO. 41089

REPORTED BY:  DORAL LARSON, C.S.R. 13524

Personal Court Reporters
Ahlstrand & Associates
Gillespie Reporting
Olympic Reporting
Audrey Patrick Reporting



(800) 433-3767
www.personalcourtreporters.com

Van Nuys        San Bernardino     Santa Barbara
Downtown LA     West LA            Ventura           Ontario

|  |  |
|---|---|
|  | 1  Q. All righty. Okay. So, we're here today because |
|  | 2  the trustee has -- Wesley H. Avery has sued both |
|  | 3  yourself and Mr. Ilan Asher for this situation involving |
|  | 4  East 81st Street condominium. Do you understand that? |
| 10:07:40 | 5  A. I understand, yeah. |
|  | 6  Q. Have you read the complaint? |
|  | 7  A. No. |
|  | 8  Q. You never read the complaint? |
|  | 9  A. Never did. |
| 10:07:46 | 10  Q. Never did. Nobody ever presented the complaint |
|  | 11 to you -- |
|  | 12  A. No, they told me about it, but I never did. |
|  | 13  Q. You never read it? |
|  | 14  A. No. |
|  | 15  Q. Did you prepare -- |
|  | 16  A. I wouldn't understand it, so there is no point in |
|  | 17 reading it. |
|  | 18  Q. Did anybody try to explain to you what the |
|  | 19 complaint was about? |
| 10:07:57 | 20  A. I know what the complaint is about, yeah. |
|  | 21  Q. Okay. So, in your words, tell me what the |
|  | 22 complaint's about. |
|  | 23  A. Wesley Avery, I guess, wants to -- |
|  | 24      THE DEPOSITION OFFICER: Can you speak up, |
|  | 25 sir? |

```
 1              THE WITNESS:  Oh, I'm sorry.  Yeah.
 2              THE DEPOSITION OFFICER:  It's okay.
 3              THE WITNESS:  West Avery was the -- whoever
 4   was suing for whatever it is, they want control of their
 5   apartment.
 6   BY MS. NICOL:
 7       Q.  And did you file an answer in that case?
 8       A.  I believe somebody did.
 9       Q.  Okay.  Did you ever review that answer to see
10   what the answer contained?
11       A.  I know what my answer is.
12       Q.  But the answer that was prepared like a physical
13   answer, paperwork --
14       A.  I did not see.
15       Q.  You never saw that?
16       A.  I have lawyers who dealt with that, and I tossed
17   them.
18       Q.  Did they ever send it to you for your review and
19   make sure it was correct?
20       A.  I --
21              MR. KREIS:  Objection.  You're intruding --
22   you're now getting very close to intruding on
23   attorney/client privilege.  You take further steps and I
24   will instruct him not to answer.
25
```

Timestamps: 10:08:21 (line 10), 10:08:29 (line 15), 10:08:34 (line 20)

|   |   |
|---|---|
| 1 | Q. Okay. Have you ever been there? |
| 2 | A. Once. |
| 3 | Q. All right. When was that interest transferred to |
| 4 | you? |
| 10:09:29  5 | A. I'd have to guess. |
| 6 | Q. Can you estimate? |
| 7 | A. 2008, '09, '10. |
| 8 | Q. And what was the reason this interest was |
| 9 | transferred to you? |
| 10:09:42  10 | A. It was money owed to me. |
| 11 | Q. Okay. And how much of an interest was |
| 12 | transferred to you? |
| 13 | A. 50 percent. |
| 14 | Q. Who was the other 50 percent transferred to, if |
| 10:09:56  15 | you know? |
| 16 | A. Ilan. |
| 17 | Q. Okay. And who transferred the interest to you? |
| 18 | A. I don't know the legality -- |
| 19 | THE DEPOSITION OFFICER: Legality? |
| 10:10:08  20 | THE WITNESS: -- the legality of how it |
| 21 | happened, but it was purchased by Meir. |
| 22 | BY MS. NICOL: |
| 23 | Q. And when you say, "Meir," do you mean Meir Asher? |
| 24 | A. Yes. |
| 10:10:21  25 | Q. Okay. And so, Meir Asher transferred the |

|   |   |
|---|---|
| 1 | A.  Yeah. |
| 2 | Q.  Okay.  So what do you do in the garment industry? |
| 3 | A.  Manage a shop. |
| 4 | Q.  Manage a shop.  When you say "manage," what does |
| 5 | that mean? |
| 6 | A.  Manage -- |
| 7 | Q.  I don't know much about the garment industry, so |
| 8 | I don't know what manage means.  Do you mean, like, open |
| 9 | and close the shop?  Or do you actually buy goods and |
| 10 | design -- |
| 11 | A.  People come, people go with design we produce. |
| 12 | Q.  So you design and produce garments? |
| 13 | A.  (No audible response). |
| 14 | Q.  What type of garments? |
| 15 | A.  T-shirts. |
| 16 | Q.  Is that mainly the t-shirt -- |
| 17 | A.  Uh-hum. |
| 18 | Q.  Were you in business with Meir Asher producing |
| 19 | and designing t-shirts and garments? |
| 20 | A.  Are we in business? |
| 21 | Q.  Yeah.  Were you ever working with him design- -- |
| 22 | A.  We were, yeah, of course. |
| 23 | Q.  Okay.  What years were you in business with him? |
| 24 | A.  Probably four, five years ago. |
| 25 | Q.  Four or five years ago.  So 2008, '09, '10 -- oh, |

Timestamps: 10:14:14 (line 5), 10:14:30 (line 15), 10:14:35 (line 20), 10:14:47 (line 25)

```
              1    no, it's 2014 times passing.  2010?

              2        A.  '09.

              3        Q.  2009?

              4        A.  '09, '10.

10:14:57      5        Q.  '09, '10.  Are you in business with him

              6    currently?

              7        A.  No -- I mean, I am.  I have businesses with him,

              8    yeah.

              9        Q.  What businesses do have you with him?

10:15:02     10        A.  Garments.

             11        Q.  Okay.  Are they -- same thing, t-shirt

             12    manufacturing?  Producing?

             13        A.  This one is also bottoms, t-shirts, yeah.

             14        Q.  Okay.  Does he have his own businesses that do

             15    this?

             16        A.  I don't know about his own businesses, but the

             17    one he has with me.

             18        Q.  Okay.  What business does he have with you

             19    currently?  What's the name of that business?

             20        A.  The name is Save Khaki.

             21        Q.  Save Khaki?  S-a-v-e?  And then, Khaki, like the

             22    Khaki color?

             23        A.  Yeah.

             24        Q.  Where are those businesses located?

10:15:29     25        A.  In L.A.
```

```
                    1  think you're now using this as a folcom (phonetic) to go

                    2  into areas that are outside the four corners of

                    3  this adversary proceeding.

                    4          MS. NICOL:  Are you instructing him not to
10:16:42            5  answer?

                    6          MR. KREIS:  Not yet.

                    7  BY MS. NICOL:

                    8      Q.  All right.  So you currently have this Save Khaki

                    9  business.  Are you partners in that business?

10:16:51           10      A.  Yes.

                   11      Q.  Okay.  50/50 partners?

                   12      A.  No.

                   13      Q.  Well, what percentage do you have?

                   14      A.  25.

10:16:56           15      Q.  You have 25?

                   16      A.  Uh-hum.

                   17      Q.  And he has 75?

                   18      A.  25.

                   19      Q.  25.  And there's two other partners, I imagine?

                   20      A.  Exactly.

                   21      Q.  Okay.

                   22          THE DEPOSITION OFFICER:  Just, can you guys

                   23  wait for the full question and answer --

                   24          MS. NICOL:  Yep --

                   25          THE DEPOSITION OFFICER:  You're talking on
```

```
          1     A.   T-Shirt Factory.

          2     Q.   Is that TSF, T-Shirt Factory?

          3     A.   Yes, ma'am.

          4     Q.   And when did you start running that?

10:19:19  5          MR. KREIS:  Have you established that he's

          6   running it?

          7          THE WITNESS:  I'm managing it, yes.

          8   BY MS. NICOL:

          9     Q.   Okay.  So when you say "managing," what do you
10:19:26 10   mean managing?  What does that mean?  Again, like, I'm

         11   sorry.  I don't understand your business.

         12     A.   Well, you do this, you do that.  This is a

         13   business.  Thank you.  That's the price.

         14     Q.   So are you the owner of TSF?

10:19:39 15     A.   No.

         16     Q.   Who's the owner of TSF?

         17     A.   My brother.

         18     Q.   Who's your partner?

         19     A.   My brother.

10:19:45 20     Q.   Your brother.  I'm sorry.  What's your brother's

         21   name?

         22     A.   Oded.

         23     Q.   Oded?

         24     A.   Uh-hum.

10:19:49 25     Q.   Is that O-d-e --
```

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. My business address is 20700 Ventura Boulevard, Suite 328, Woodland Hills, California 91364, which is located in the county where the mailing described below took place.

I certify that on September 15, 2015, the forgoing document described as PLAINTIFF WESLEY H. AVERY CHAPTER 7 TRUSTEE'S NOTICE OF LODGMENT OF CERTIFIED COPY OF THE DEPOSITION OF ELIYAHU COHEN was served on all parties or their counsel of record through the CM/ECF system if they are registered users, or if they are not, by servicing a true and correct copy at the addresses listed below:

Stella Havkin on behalf of Trustee Wesley H Avery
stella@havkinandshrago.com, havkinlaw@earthlink.net

John P Kreis on behalf of Defendants
jkreis@kreislaw.com, j.kreis@ca.rr.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Stella Havkin
Stella Havkin