_____   We find in favor of Wesley H. Avery, Chapter 7 Trustee and against Eliyahu Cohen to avoid the transfer of the condominium Penthouse "B."

_____   We find in favor of Eliyahu Cohen and against Wesley H. Avery, Chapter 7 Trustee.

Signed: _____
       Presiding Juror

Dated:

VERDICTS

1

_____ We find in favor of Wesley H. Avery, Chapter 7 Trustee and against Ilan Asher to avoid the transfer of the condominium Penthouse "B."

_____ We find in favor of Ilan Asher and against Wesley H. Avery, Chapter 7 Trustee.

Signed: _____
          Presiding Juror

Dated:

VERDICTS